AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Feb 11 2026
Clerk, U.S. District Court
Western District of Texas

By: _____MG_____
Deputy

| | |
|---|---|
| **USA** § | |
| § | CRIMINAL COMPLAINT |
| vs. § | CASE NUMBER: **EP:26-M -00787(1)  ATB** |
| § | |
| **(1) MARCO ANTONIO DE LA VEGA-MACIAS** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 09, 2026** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **"The DEFENDANT, Marco Antonio DE LA VEGA-Macias, an alien to the United States and a citizen of Mexico was found approximately 0.51 miles west of the Bridge of The Bridge of the Americas Port of Entry in El Paso, Texas in the Western "**

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ JURADO, JOSE A.
Signature of Complainant
Border Patrol Agent

February 11, 2026
File Date

at   EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:17 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:26-M -00787(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) MARCO ANTONIO DE LA VEGA-MACIAS**

*FACTS   (CONTINUED)*

District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on September 29, 2023, through El Paso, Tx.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 4 time(s), the last one being to MEXICO on September 29, 2023, through EL PASO, TX**

CRIMINAL HISTORY:

**08/27/1998, Los Angeles, CA, Receive/ETC Known Stolen Property(M), CNV, 270 Days Jail SS; 36 Months Probation; 360 Days Jail; Consecutive.**
**02/28/2000, El Paso, Texas, Theft Prop(M), CNV, 9 months Probation.**
**10/18/2000, Bakersfield, CA, Receive/ETC Known Stolen Property(F), CNV, 36 Months Probation; 180 Days Jail.**
**05/27/2003, Bakersfield, CA, Sex With Minor: 3+ Yrs Younger(F), CNV, 36 Months Probation; 180 Days Jail.**
**08/13/2014, Albuquerque, NM, re-entry of deported alien(F), CNV, 24 Months .**
**06/15/2023, El Paso, TX, re-entry of deported alien(F), CNV, 366 days.**